**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| WIDERMAN MALEK P.L.,<br>CELEBRATION LAW P.A.,<br>INN PARTNERS LLC,<br>CELEBRATION TITLE GROUP, LLC,<br>LAND AND SEA SURF, LLC,<br>CAPE MARINE SERVICES, INC.,<br>SAFARI TRADING LLC,<br>SELECT CRANE SALES, LLC,<br>DMS MOVING SYSTEMS OF ALABAMA, INC.,<br>DEARBORN MOVING AND STORAGE, INC.,<br>BRAZ BRO'S INC.,<br>JMR BUILDERS, INC.,<br>BEACHSIDE MARINE, INC.,<br>SCORPION MARINE SALES & SERVICE, INC.,<br>99 BOTTLES HOSPITALITY LLC,<br>KIRK W. KESSEL COMPANIES, INC.,<br>PAUL MEISSNER<br>THE SOUP SHOP, INC.,<br>RED GINGER CHINESE RESTAURANT INC.,<br>RED GINGER GROUP LLC,<br>SOUTHERN CLOUD SOLUTIONS CORPORATION,<br>THE BREVARD HEALTH ALLIANCE, INC.,<br>SHAPES GROUP LTD CO.,<br>CASCADE FINANCIAL LLC,<br>HOSKINS CONSTRUCTION INC.,<br>THE GATHERING TABLE INC.,<br>TROISI INC.,<br>JIMMY'S CIGAR LOUNGE, LLC,<br>MR & MRS FREDDIE FIX IT, INC.,<br>CHILDREN'S DENTAL PLACE OF EAST BOCA, INC.,<br>CHILDREN'S DENTAL PLACE OF WELLINGTON, INC.,<br>JENKINS ARAH CORPORATION,<br>PARADISE AIR & HEAT LLC,<br>A PLACE LIKE HOME ALF, INC.,<br>DOWNTOWN DEBAUCHERY, INC.,<br>ROBERT T. SCHROTH P.A.,<br>TACTICAL AESTHETICS, PLLC,<br>CELEBRATION POINTE INSURANCE AGENCY, INC.,<br>ADVANTAGE CONCRETE OF FLORIDA, INC.,<br>INLET GRILL LLC, | Case No.: 6:20-cv-00665 |

| |
|---|
| FLEET MULTIPLIERS, INC.,<br>ENDLESS SUMMER TATTOO, LLC,<br>FIGUEROA TEAM LLC,<br>T-LIGO USA, LLC,<br>NOVAPRO, INC.,<br>UBIQUITOUS DESIGNS & RENOVATIONS, INC.,<br>ROCKIN' RELIX INTERNATIONAL, LLC,<br>CIBELLI'S LLC,<br>PAUL BLACKMORE,<br>SIDELINE SPORTS PHOTOGRAPHY, LLC,<br>INTERNATIONAL TITLE AND ESCROW COMPANY, LLC,<br>TITLE SOLUTIONS OF FLORIDA, LLC,<br>MURDOCK'S FINANCIAL SERVICES, INC.,<br><br>    Petitioners,<br><br>    v.<br><br>JOVITA CARRANZA, Administrator of the<br>UNITED STATES SMALL BUSINESS<br>ADMINISTRATION,<br><br>    Respondent |

## PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION

The Petitioners, Widerman Malek P.L. *et al.* (hereinafter referred to as "Petitioners"), by counsel, move the Court, pursuant to Fed. R. Civ. P. 65(a), to set the Motion for Preliminary Injunction for hearing at the earliest available date on the Court's docket, and to issue a Preliminary Injunction pending trial on the merits of Petitioners' Verified Complaint.

This Motion is supported by the accompanying Memorandum and the Declaration of attorney Mark F. Warzecha.

WHEREFORE, the Petitioners, Widerman Malek P.L. *et al.*, by counsel, request the Court to set a hearing to determine their Motion for Preliminary Injunction, to issue a Preliminary Injunction which, during the pendency of this action, orders the Respondent to comply with the

2

terms of CARES Act's Economic Injury Disaster Loan law and enjoins the Respondent from its unlawful and damaging behavior as set out in Petitioners' Verified Complaint pending a trial on the merits of the Verified Complaint, and for all other relief as is just and proper in the premises.

Dated: May 5, 2020

                                          */s/ James Ippoliti*
                                          JAMES IPPOLITI, Esq.
                                          FL Bar No. 102674
                                          MARK WARZECHA, Esq.
                                          FL Bar No. 095779
                                          JEFF IPPOLITI, Esq. (Pending Admission)
                                          FL Bar No. 095608
                                          SCOTT WIDERMAN, Esq.
                                          FL Bar No. 585823
                                          jim@uslegalteam.com
                                          mfw@uslegalteam.com
                                          jeff@uslegalteam.com
                                          scott@uslegalteam.com
                                          WIDERMAN MALEK P.L.
                                          Attorneys for Petitioners
                                          1990 W. New Haven Ave., Second Floor
                                          Melbourne, FL 32904
                                          Phone:  321-255-2332

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system. I sent copies of this filing to the Respondent via US Mail and Certified Mail, return receipt requested.

Dated: May 5, 2020

                                             */s/ James Ippoliti*
                                             JAMES IPPOLITI, Esq.
                                             FL Bar No. 102674
                                             MARK WARZECHA, Esq.
                                             FL Bar No. 095779
                                             JEFF IPPOLITI, Esq. (Pending Admission)
                                             FL Bar No. 095608
                                             SCOTT WIDERMAN, Esq.
                                             FL Bar No. 585823
                                             jim@uslegalteam.com
                                             mfw@uslegalteam.com
                                             jeff@uslegalteam.com
                                             scott@uslegalteam.com
                                             WIDERMAN MALEK P.L.
                                             Attorneys for Petitioners
                                             1990 W. New Haven Ave., Second Floor
                                             Melbourne, FL 32904
                                             Phone:  321-255-2332