# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**WIDERMAN MALEK P.L.; et al,**

        **Petitioners,**

**v.**                                            **Case No:  6:20-cv-665-Orl-37GJK**

**ADMINISTRATOR OF THE UNITED STATES SMALL BUSINESS ADMINISTRATION,**

        **Respondent.**

---

| | |
|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** James Ippoliti, Mark F. Warzecha and Jeff Ippoliti |
| **DEPUTY CLERK:** Bianca Acevedo | |
| **COURT REPORTER:** Heather Jewett heatherjewett.focr@gmail.com | **COUNSEL FOR DEFENDANT:**     Adam R Smart |
| **SCHEDULED DATE/TIME:** June 12, 2020 at 10:00 AM | |

---

## MINUTES
### Motion Hearing

9:57 am        Case called; appearance made by counsel.
Court hears argument on the Motion for Preliminary Injunction (Doc. 6).
Parties are to file a joint notice as instructed by the Court on the record.
The joint notice is due by 5:00 pm on Monday, June 15, 2020.
Court reserves ruling on the motion.
Court is in recess

Time in court: 9:57 am – 10:53 am; Total time in court: 56 minutes