UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WIDERMAN MALEK P.L. et al.,

    Petitioners,

v.                                                  Case No. 6:20-cv-665-Orl-37GJK

JOVITA CARRANZA,
ADMINISTRATOR OF THE UNITED
STATES SMALL BUSINESS
ADMINISTRATION,

    Respondent.
_____

**<u>ORDER</u>**

After the Court denied Petitioners' first preliminary injunction motion concerning Respondent's failure to provide the requested $10,000 emergency Economic Injury Disaster Loan ("**EIDL**") program grants under § 1110 of the Coronavirus Aid, Relief, and Economic Security Act ("**CARES Act**") (*see* Doc. 21), Petitioners amended their complaint to assert violations of the CARES Act and Administrative Procedures Act ("**APA**") due to Respondent's implementation of a rule distributing EIDL grants based on the number of employees—$1,000 per employee, up to $10,000. (Doc. 25 ("**Amended Complaint**").)

With the Amended Complaint, Petitioners move for a preliminary injunction. (Doc. 26 ("**PI Motion**"); Doc. 27 (memo in support).) They request the Court enjoin Respondent from using the $1,000 per employee rule and order Respondent to provide each applicant business the full $10,000 emergency grants as requested by each Petitioner. (*See* Doc. 27, p. 34.) On review, the Court takes the PI Motion under advisement and sets

an expedited briefing schedule and hearing on the PI Motion.

Accordingly, it is **ORDERED AND ADJUDGED:**

1. The Court **TAKES UNDER ADVISEMENT** Petitioners' Motion for Preliminary Injunction (Doc. 26).

2. On or before Thursday, **July 30, 2020,** Respondent may file a response in opposition to the PI Motion, including all opposing affidavits.

3. On or before Thursday, **August 6, 2020**, Petitioners may file a reply to Respondent's response. Petitioners' reply shall be directed only to Respondent's response; shall include no new issues, rebuttal affidavits, or other evidence in support; and shall not exceed five (5) pages.

4. This matter will be heard before the undersigned on Thursday, **August 13, 2020**, **at 10:30 a.m**. Each side shall have thirty (30) minutes for oral argument. No evidence will be taken at the hearing. The Court will direct whether the hearing will be conducted by telephone or video conference or in person in a separate notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 15, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record