UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CELEBRATION LAW, PA., *et al.*

        Petitioners,

v.                                CASE NO: 6:20-cv-665-Orl-37GJK

JOVITA CARRANZA, ADMINISTRATOR
OF THE UNITED STATES SMALL
BUSINESS ADMINISTRATION,

        Respondent.

_____/

**INDEX OF EXHIBITS TO
RESPONSE IN OPPOSITION TO PETITIONERS' SECOND
MOTION FOR PRELIMINARY INJUNCTION**

| Ex. No. | Description |
|---------|-------------|
| 1 | Declaration of Eric N. Wall |
| 2 | 1st Declaration of Tami L. Perriello and Butler Memo |
| 3 | 2nd Declaration of Tami L. Perriello |
| 4 | 3rd Declaration of Tami L. Perriello |
| 5 | Declaration of James E. Rivera |
| 6 | U.S. SBA Disaster Assistance Update EIDL Advance, July 15, 2020 |
| 7 | SBA Press Release No. 20-56 (July 11, 2020) |

# EXHIBIT 1

Wall Declaration

## <u>DECLARATION OF ERIC N. WALL</u>

I, Eric N. Wall, do hereby declare and state as follows:

1. I am a Senior Loan Officer for the U.S. Small Business Administration's ("SBA" or "the Agency") Office of Disaster Assistance ("ODA"). I have held this position since July 21, 2014.

2. In my position as a Senior Loan Officer, I serve as the Contracting Officer's Representative ("COR") for contract number 73351020F0071, which is being performed by RER Solutions, Inc. ("RER"). As the COR, I am responsible for managing RER's performance under its contract with SBA.

3. Under its contract, RER provides data analysis and loan recommendation services for SBA's disaster loan response to the COVID-19 pandemic. In performing these services, RER operates a computer system ("System") which processes applications under SBA's Economic Injury Disaster Loan ("EIDL") program.

4. Applicants submit applications for EIDLs and advance grants under the EIDL program on an SBA website, at covid19relief.sba.gov. This application includes a box to check if the applicant seeks to request an advance grant.

5. The information is submitted by applicants under penalty of perjury, then enters the System. The System houses incoming applications and processes those applications generally on a first-in, first-out basis through an analysis prescribed by SBA. This analysis includes, but is not limited to, removal of duplicate applications and identification of applications that bear certain indications of fraud. A sample copy of the online application screens is attached here as Exhibit A.

6. This analysis ensures that applications are complete and submitted from eligible and existing small businesses. For example, without doing so, SBA would be in the position of approving payment of advance grants multiple times to entities that submitted multiple applications, or paying to applications submitted in the names of deceased individuals.

7. Upon the enactment of the Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, SBA and RER prepared the System to process EIDL applications and advance grant requests, and the System began processing applications on April 7, 2020 in small batches, ramping up to full capacity April 16, 2020. At that time, approximately 3.79 million applications had already been submitted online and were in the System awaiting processing.

8. To date, the System has received approximately 5.4 million total applications, and SBA anticipates receiving more applications in the future. To date, the System has processed approvals for approximately 1.6 million advance grant requests.

9. The System can process up to one or two applications per second. However, even at this rapid pace, because there are only 86,400 seconds in a day, the System can only process a certain number of applications in a day.

10. Every day, seven days a week, the computer system sends lists of approved advance grant applications to SBA's Office of Chief Financial Officer ("CFO") for directing disbursement of those advance grants. Since the System began processing at full capacity, April 16, 2020, it has processed and sent an average of 109,785 applications per day to the CFO's office, with the exception of a brief interruption for approximately two days for technical reasons.

11. Because of the extraordinary volume of applications submitted prior to and since the date that the System began processing EIDL applications and advance grant requests, the System will take several more weeks to process the backlog of applications, despite its high speed in processing applications.

12. I have reviewed the System's record of information submitted by Lit Ventures LLC in its application for an EIDL and advance grant. The System shows that, in the field asking for "Number of Employees (As of January 31, 2020)," the number 12 was entered on Lit Ventures LLC's application.


I declare under penalty of perjury that, to the best of my knowledge and belief, the above statement is true and correct.


Executed this 29th day of April 2020.

_Eric Wall_
_____
Eric N. Wall
Senior Loan Officer
U.S. Small Business Administration
Office of Disaster Assistance

# EXHIBIT A



**OMB Control #3245-0406**

**Expiration Date: 09/30/2020**

# Disaster Loan Assistance
**Federal Disaster Loans for Businesses, Private Non-profits, Homeowners and Renters**

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION


DISCLOSURES


BUSINESS INFORMATION


BUSINESS OWNERS INFORMATION


ADDITIONAL INFORMATION


SUMMARY

## STREAMLINED PROCESS REQUIREMENTS

SBA is collecting the requested information in order to make a loan under SBA's Economic Injury Disaster Loan Program to the qualified entities listed in this application that are impacted by the Coronavirus (COVID-19). The information will be used in determining whether the applicant is eligible for an economic injury loan. If you do not submit all the information requested, your loan cannot be fully processed.

The Applicant understands that the SBA is relying upon the self-certifications contained in this application to verify that the Applicant is an eligible entity to receive the advance, and that the Applicant is providing this self-certification under penalty of perjury pursuant to 28 U.S.C. 1746 for verification purposes.

The estimated time for completing this entire application is two hours and ten minutes, although you may not need to complete all parts. You are not required to respond to this collection of information unless it displays a currently valid OMB approval number.

## ELIGIBLE ENTITY VERIFICATION

**Choose One:**

○ Applicant is a business with not more than 500 employees.

○ Applicant is an individual who operates under a sole proprietorship, with or without employees, or as an independent contractor.

○ Applicant is a cooperative with not more than 500 employees.

○ Applicant is an Employee Stock Ownership Plan (ESOP), as defined in 15 U.S.C. 632, with not more than 500 employees.

○ Applicant is a tribal small business concern, as described in 15 U.S.C. 657a(b)(2)(C), with not more than 500 employees.

○ Applicant is a business, including an agricultural cooperative, aquaculture enterprise, nursery, or producer cooperative, that is small under SBA Size Standards found at https://www.sba.gov/size-standards (https://www.sba.gov/size-standards).

○ Applicant is a business with more than 500 employees that is small under SBA Size Standards found at https://www.sba.gov/size-standards (https://www.sba.gov/size-standards).

○ Applicant is a private non-profit organization that is a non-governmental agency or entity that currently has an effective ruling letter from the IRS granting tax exemption under sections 501(c),(d), or (e) of the Internal Revenue Code of 1954, or satisfactory evidence from the State that the non-revenue producing organization or entity is a non-profit one organized or doing business under State law, or a faith-based organization.

**Review and Check All of the Following:**
Applicant must review and check all the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity):

☐ Applicant is not engaged in any illegal activity (as defined by Federal guidelines).

☐ No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations.

☐ Applicant is not an agricultural enterprise (e.g., farm), other than an aquaculture enterprise, agricultural cooperative, or nursery.

☐ Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature.

- [ ] Applicant does not derive more than one-third of gross annual revenue from legal gambling activities.

- [ ] Applicant is not in the business of lobbying.

- [ ] Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress.

If you have questions about this application or problems providing the required information, please contact our Customer Service Center at 1-800-659-2955 or (TTY: 1-800-877-8339) DisasterCustomerService@sba.gov.

Continue  >

SBA Office of Disaster Assistance | 1-800-659-2955 | 409 3rd St, SW. Washington, DC 20416
Privacy Policy (https://www.sba.gov/about-sba/open-government/about-sbagov-website/privacy-policy)



**OMB Control #3245-0406**

**Expiration Date: 09/30/2020**

# Disaster Loan Assistance
**Federal Disaster Loans for Businesses, Private Non-profits, Homeowners and Renters**

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

| DISCLOSURES | BUSINESS INFORMATION | BUSINESS OWNERS INFORMATION | ADDITIONAL INFORMATION | SUMMARY |
|---|---|---|---|---|

Step 1 of 3
## Business Information

**Business Legal Name ***

**Trade Name ***

**EIN/SSN for Sole Proprietorship ***

**Organization Type***

▾

**Is the Applicant a Non-Profit Organization? ***

○ Yes    ○ No

**Is Applicant a Franchise? ***

○ Yes    ○ No

**Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) ***

**Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) ***

**Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster**

**Non-Profit Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020)**

**Combined Annual Operating Expenses for the Twelve(12) Months Prior to the Date of the Disaster (January 31, 2020) for All Secular Social Services Provided by the Faith Based Entity**

**List the Secular Social Services Provided by the Faith Based Entity**

**Compensation From Other Sources Received as a Result of the Disaster**

**Provide Brief Description of Other Compensation Sources**

**Primary Business Address (Cannot be P.O. Box) \***

**City \***

**State \***

**County**

**Zip \***

**Business Phone \***

**Alternative Business Phone**

**Business Fax**

**Business Email \***

**Date Business Established \***

mm/dd/yyyy

**Current Ownership Since \***

mm/dd/yyyy

**Business Activity \***

**Detailed Business Activity\***

**Number of Employees (As of January 31, 2020) \***

Next  >

SBA Office of Disaster Assistance | 1-800-659-2955 | 409 3rd St, SW. Washington, DC 20416
Privacy Policy (https://www.sba.gov/about-sba/open-government/about-sbagov-website/privacy-policy)



**OMB Control #3245-0406**

**Expiration Date: 09/30/2020**

# Disaster Loan Assistance
**Federal Disaster Loans for Businesses, Private Non-profits, Homeowners and Renters**

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION



DISCLOSURES        BUSINESS INFORMATION        BUSINESS OWNERS INFORMATION        ADDITIONAL INFORMATION        SUMMARY

Step 2 of 3
## Business Owners Information

| Is Your Business Owned by a Business Entity? * | ○ Yes    ○ No |
|---|---|

### Business Applicant Parent Entity  ⌃

**Legal Name ***

**Street Address ***

**City ***

**State ***
[                                                                    ▾]

**EIN ***

**ZIP ***

**Business Phone ***

**Business Email ***

**Business Type ***
[                                                                    ▾]

**Ownership Percent ***

If a Business Applicant is owned by a business entity, that business entity must provide information as part of this application and must sign a guarantee.

## Individual Owner/Agent(s)

## Owner/Agent 1 ⌃

**First Name \***

**Last Name \***

**Mobile Phone \***

**Title / Office \***

▼

**Ownership Percent \***

**Email \***

**SSN \***

**Birth Date \***

mm/dd/yyyy

**Place Of Birth**

**U.S. Citizen \***

◯ Yes ◯ No

**Residential Street Address \***

**City \***

**State \***

▼

**Zip \***

👤➕ **Add Additional Owner**

‹ **Back**      **Next** ›

 **U.S. Small Business Administration**

**OMB Control #3245-0406**

**Expiration Date: 09/30/2020**

# Disaster Loan Assistance

**Federal Disaster Loans for Businesses, Private Non-profits, Homeowners and Renters**

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

| DISCLOSURES | BUSINESS INFORMATION | BUSINESS OWNERS INFORMATION | ADDITIONAL INFORMATION | SUMMARY |
|---|---|---|---|---|

Step 3 of 3
### Additional Information

| | |
|---|---|
| In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? | ○ Yes   ○ No |

| | |
|---|---|
| Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? | ○ Yes   ○ No |

| | |
|---|---|
| a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?<br><br>b. Have you been arrested in the past six months for any criminal offense?<br><br>c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)? | ○ Yes   ○ No |

**If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.**

**Individual Name**

**Name of Company**

**Phone Number**

**Street Address, City, State, Zip**

**Fee Charged or Agreed Upon**

| | |
|---|---|
| I give permission for SBA to discuss any portion of this application with the representative listed above. | ○ Yes   ○ No |

☐ **I would like to be considered for an advance of up to $10,000.**

# Where to Send Funds

**Bank Name ***

**Account Number ***

**Routing Number ***

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.
I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

☐ **I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.**

Click for additional statements required by laws and executive orders

[ ‹ Back ]  [ Next › ]



**OMB Control #3245-0406**

**Expiration Date: 09/30/2020**

# Disaster Loan Assistance

**Federal Disaster Loans for Businesses, Private Non-profits, Homeowners and Renters**

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION



DISCLOSURES      BUSINESS INFORMATION      BUSINESS OWNERS INFORMATION      ADDITIONAL INFORMATION      SUMMARY

## Summary

### Business Information ⌄

✎ Edit

Business Legal Name
**Test**

Trade Name
**Test**

EIN/SSN for Sole Proprietorship
**897654564**

Organization Type
**Limited Liability Company**

Is the Applicant a Non-Profit Organization?
**No**

Is the Applicant a Franchise?
**No**

Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020)
**$50,000.00**

Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020)
**$5,000.00**

Rental Properties (Residential and Commercial) Only - Lost Rents Due to the Disaster

Non-Profit Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020)

Combined Annual Operating Expenses for the Twelve(12) Months Prior to the Date of the Disaster (January 31, 2020) for All Secular Social Services Provided by the Faith Based Entity

List the Secular Social Services Provided by the Faith Based Entity

Compensation From Other Sources Received as a Result of the Disaster

Provide Brief Description of Other Compensation Sources

Primary Business Address (Cannot Be P.O. Box)
**Test**

City
**Test**

State
**Maryland**

County

ZIP
**20814**

Business Phone
**(654)-562-3123**

Alternative Business Phone

Business Fax

Business Email
**skdhf@email.com**

Date Business Established
**01/01/2000**

Current Ownership Since
**02/02/2000**

Business Activity
**Automotive Repair**

Business Sub Activity
**Automotive - Body Repair, Collision, Painting**

Number of Employees (As of January 31, 2020)
**35**

## Business Owners Information ⌃

[ ✏ Edit ]

### Owner/Agent 1

First Name
**Test**

Last Name
**Test**

Mobile Phone
**(655)-454-5665**

Title / Office
**Owner**

Email
**Test@email.com**

Ownership Percent
**100%**

SSN
**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**

Birth Date
**02/02/1980**

Place Of Birth

U.S. Citizen
**Yes**

Residential Street Address
**Test**

City
**Bethesda**

State
**Maryland**

Zip
**20814**

## Additional Information ⌃

[ ✏ Edit ]

In the past year, has the business or a listed owner been convicted of a criminal offense committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction?
**No**

Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans?
**No**

a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? b. Have you been arrested in the past six months for any criminal offense? c. For any criminal offense - other than a minor vehicle violation - have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)?
**No**

Individual Name

| Name of Company |
| I give permission for SBA to discuss any portion of this application with the representative listed above. |

| Name of Company |
| Phone Number |
| Street Address, City, State, Zip |
| Fee Charged or Agreed Upon |
| I give permission for SBA to discuss any portion of this application with the representative listed above. |

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

✓ Submit

SBA Office of Disaster Assistance | 1-800-659-2955 | 409 3rd St, SW. Washington, DC 20416
Privacy Policy (https://www.sba.gov/about-sba/open-government/about-sbagov-website/privacy-policy)



OMB Control #3245-0406

**Expiration Date:**
**09/30/2020**

# Disaster Loan Assistance
**Federal Disaster Loans for Businesses, Private Non-profits, Homeowners and Renters**

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

### Application Submitted

**Your application number is**

# 1200

You will not receive an email confirmation of your application submission. You will be notified through the email address you submitted (**Test@email.com** ) when we are processing your application. We expect this to take about a week. Please write down your application number or print this page for your records.

# EXHIBIT 2

1st Perriello Declaration

# DECLARATION OF TAMI L. PERRIELLO

I, Tami L. Perriello, do hereby declare and state as follows:

1. I am the Chief Financial Officer ("CFO") for the U.S. Small Business Administration ("SBA"). I have held this position since March 29th, 2020.

2. Among my responsibilities as CFO, I am responsible for directing the Bureau of Fiscal Service at the U.S. Department of Treasury ("Treasury") to disburse funds in payment of Economic Injury Disaster Loan ("EIDL") advance grants under the Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, once those requests are verified, approved, and authorized by the appropriate SBA officials.

3. Through a memorandum dated April 7, 2020, Kimberly S. Butler, Director of SBA's Office of Grants Management, has authorized "the disbursement of all records verified, validated, approved" and provided by a contractor managed by SBA's Office of Disaster Assistance ("ODA") to my office. A copy of that memorandum is attached here as Exhibit A.

4. The April 7, 2020 memorandum also prescribes the manner in which EIDL advance grant requests shall be verified and approved before being provided to my office for direction of disbursement. Further, it describes SBA's policy of limiting EIDL advance grants to $1,000 per employee and calculation of advance grant amounts for applicants, up to $10,000, before being provided to my office for direction of disbursement.

5. Every day, seven days per week, ODA (through its contractor) provides my office with batches of verified and approved EIDL advance grant applicants and the grant amounts to be paid to those applicants (collectively referred to herein as "Payment Batches"). Those verifications, approvals, and calculations of amounts are completed before the Payment Batches are provided to my office.

6. Under the authorization provided in the April 7, 2020 memorandum, when my office receives Payment Batches, my office transmits them to Treasury for disbursement. Those transmittals occur every weekday. On Mondays, my office transmits the Payment Batches received from ODA over the weekend.

7. Once the Payment Batches are sent to Treasury, the verified and approved EIDL advance grants contained therein (including the amounts calculated by the contractor managed by ODA) are generally entered by Treasury into the automated clearing house (ACH) network for payment within 24 hours. The ACH does not operate on Saturdays or Sundays.

8. The overall processing time from receipt of the Payment Batches of verified and approved EIDL advance grant requests to Treasury's entry into the ACH is generally within one business day.

9. On Monday, April 27, 2020, my office received verification and approval for an EIDL advance grant from ODA through its contractor.  However, at the request of SBA's Office of General Counsel ("OGC"), my office is currently holding the instruction for disbursement in abeyance, pending the outcome of a referral that OGC has made to SBA's Office of Inspector General, which is based on inconsistent and possibly fraudulent sworn statements of Lit Ventures' owner, Anthony Pehrson, stating in the April 3, 2020 EIDL and advance grant application that Lit Ventures has 12 employees, contrasted with an April 24, 2020 affidavit stating that he is the sole employee.

I declare under penalty of perjury that, to the best of my knowledge and belief, the above statement is true and correct.


Executed this 29th day of April 2020.

TAMI PERRIELLO  Digitally signed by TAMI PERRIELLO
Date: 2020.04.29 13:42:09 -04'00'

Tami L. Perriello
Chief Financial Officer
U.S. Small Business Administration

# EXHIBIT A



**Date**:       April 7, 2020

**To**:         Tami Perriello, Chief Financial Officer

**From**:       Kimberly S. Butler, Director, Office of Grants Management

**Subject**:    Authorization for Payments from RER Solutions

**Ref**:        (a) OGC memo of 3 April 2020

In accordance with reference (a), this guidance initiates the authorization for payments from RER Solutions to the Office of the Chief Financial Officer for disbursement to the Bureau of Fiscal Service, U.S. Treasury.

On March 27th, 2020, President Trump signed Pub. L. No. 116-136, the Coronavirus Aid, Relief, and Economic Security (CARES) Act that includes authority under § 1110 for Emergency Economic Injury Disaster Loan (EIDL) Advances up to $10,000.

VERIFICATION.—Before disbursing amounts under this subsection, the Administrator shall verify that the applicant is an eligible entity by accepting a self-certification from the applicant under penalty of perjury pursuant to section 1746 of title 28 United States Code.

AMOUNT.—The amount of an Advance provided under this subsection shall be not more than $10,000.

## Verification

The Small Business Administration has contracted with RER Solutions for identity verification, data validation, and fraud detection.

1.   EIDL applications collected through the Rapid Intake COVID-19 EIDL web form will be forwarded for processing to Rapid Decision automated processing platform configured and programmed in accordance with SBA Office of the Chief Financial Officer requirements as follows:
2.   **Remove duplicates**
3.   **Remove applicants previously funded under COVID-19 EIDL in the Disaster Credit Management System (DCMS)**
4.   Perform fraud checks
5.   Calculate eligible Advance amount based on logic provided by SBA
6.   Applications that are not duplicates and not excluded based on fraud rules will be periodically placed in a batch file including fields required for processing through the Office of the Chief Financial Officer
7.   Each batch file shall include batch number/code in the file name
8.   Each batch file is sent to the Office of the Chief Financial Officer for funds check and creation of a Payment Automation Manager (PAM)-compliant file.

## Fraud Check Indicators

If any 1 of the BOLDED fraud indicators in the verification process are triggered or any 3 BOLDED OR NON-BOLD indicators are triggered, the application will not be included in a batch file.

1.   **Large number of applications with other lenders** (large scale)

2.     Large number of applications for this program (several in succession)
3.     **Owner information failed validation** (information does not match, person is listed as deceased, etc.)
4.     Client location is international
5.     **Digital identity fraud suspicion/suspicious online behavior** – the data has been used fraudulently online
6.     VOIP phone number
7.     Phone number is not associated with business or owner
8.     Email has not passed validation
9.     **Invalid bank account number and/or routing number**
10.     **Bank account ownership does not match business**
11.     Unable to confirm business registration

Any approved disbursements where the bank account number and routing number are valid and indicate that the account can receive a deposit but the EIN/SSN can't be authenticated are authorized. A report for awards at the $10,000 value shall be provided to the Office of Grants Management within 60 days after the EIDL Advance program has completed its last disbursement.

## Payment Amount

The total disbursement amount for each record included in the payment file is calculated based on the following logic:

If number of employees is 0 then amount is $1,000

Otherwise if number of employees is greater than 10 then amount is $10,000

Otherwise amount is number of employees times $1,000

The total disbursement amount for each Advance file is the sum of the individual disbursements amount for each record in the file

Based on the procedures outlined above, and in accordance with § 1110 of Pub. L. No. 116-136 – (the CARES Act) and the streamlined procedures noted under 2 C.F.R. § 200.200(b), I authorize the disbursement of all records verified, validated, approved and from RER Solutions to the Office of the Chief Financial Officer.

X _Kimberly S. Butler_

Kimberly S. Butler, Director,
Office of Grants Management

# EXHIBIT 3

2nd Perriello Declaration

# DECLARATION OF TAMI L. PERRIELLO

I, Tami L. Perriello, do hereby declare and state as follows:

1. I am the Chief Financial Officer ("CFO") for the U.S. Small Business Administration ("SBA").  I have held this position since March 29th, 2020.

2. Among my responsibilities as CFO, I am responsible for directing the Bureau of Fiscal Service at the U.S. Department of Treasury ("Treasury") to disburse funds in payment of Economic Injury Disaster Loan ("EIDL") advance grants under the Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, once those requests are verified, approved, and authorized by the appropriate SBA officials.

3. I am aware of litigation pending in the United States District Court for the Middle District of Florida, Widerman Malek P.L. et al. v. Carranza, No. 6:20-cv-00665-RBD-GJK (M.D. Fl.).  I understand that the issues of this case involve requests for, and payment of EIDL advance grants under the CARES Act.

4. As of May 26, 2020, my office has instructed Treasury to make payment of EIDL advance grants to the following individuals or entities, which appear to be petitioners in the above-referenced litigation.  The dates and amounts of those instructions are included herein.

| Payee | Payment Date | Payment Amount |
|---|---|---|
| Scorpion Marine Sales & Service, Inc. | 4/9/20 | $10,000 |
| JMR Builders, Inc. | 4/13/20 | $3,000 |
| Sideline Sports Photography, Inc. | 4/13/20 | $2,000 |
| Children's Dental Place of East Boca, Inc. | 4/14/20 | $5,000 |
| Braz Bro's, Inc. | 4/20/20 | $10,000 |
| Endless Summer Tattoo LLC | 4/20/20 | $10,000 |
| Figueroa Team LLC | 4/20/20 | $10,000 |
| The Soup Shop, Inc. | 4/20/20 | $10,000 |
| Celebration Pointe Insurance Agency, Inc. | 4/21/20 | $5,000 |
| The Gathering Table, Inc. | 4/21/20 | $5,000 |
| Robert T. Schroth P.A. | 4/22/20 | $4,000 |
| Advantage Concrete of Florida, Inc. | 4/23/20 | $10,000 |
| Celebration Law P.A. | 4/23/20 | $2,000 |

| (Continued) Payee | Payment Date | Payment Amount |
|---|---|---|
| Red Ginger Group LLC | 4/23/20 | $10,000 |
| Robert Abraham Davidowitz LLC | 4/23/20 | $1,000 |
| Shapes Group LTD Co. | 4/23/20 | $10,000 |
| Mr. & Mrs. Freddie Fix It, Inc. | 4/24/20 | $2,000 |
| Paradise Air & Heat LLC | 4/24/20 | $4,000 |
| Inlet Grill LLC | 4/27/20 | $10,000 |
| Title Solutions of Florida LLC | 4/27/20 | $6,000 |
| Tactical Aesthetics PLLC | 4/28/20 | $1,000 |
| International Title and Escrow LLC | 4/29/20 | $5,000 |
| Jenkins Arah Corporation | 4/30/20 | $3,000 |
| Kirk W. Kessel Companies, Inc. | 4/30/20 | $1,000 |
| The Brevard Health Alliance, Inc. | 5/1/20 | $10,000 |
| Cape Marine Services, Inc. | 5/1/20 | $10,000 |
| Downtown Debauchery, Inc. | 5/1/20 | $10,000 |
| Novapro, Inc. | 5/1/20 | $1,000 |
| Red Ginger Chinese Restaurant, Inc. | 5/1/20 | $10,000 |
| Hoskins Construction, Inc. | 5/18/20 | $4,000 |
| Safari Trading LLC | 5/18/20 | $1,000 |
| Select Crane Sales LLC | 5/21/20 | $10,000 |
| Inn Partners LLC | 5/26/20 | $10,000 |

5. Also, on April 29, 2020, my office instructed Treasury to make payment of an EIDL advance grant to High Noon Tattoo Parlor LLC, in the amount of $1,000. An internet search of petitioner Triosi, Inc. shows that it shares an address with High Noon Tattoo Parlor LLC, although SBA's records show a different EIDL application number for High Noon Tattoo Parlor LLC than the application number for Triosi, Inc. referred to in its May 14, 2020 declaration filed in the above-reference litigation.

6. In addition, on May 1, 2020, my office instructed Treasury to make payment of an EIDL advance grant to Dr. Diane Walker P.A., in the amount of $1,000. An internet search of petitioner A Place Like Home ALF, Inc. shows a Dr. Diane Walker as its administrator, although SBA's records show a different EIDL application number for Dr. Diane Walker

P.A. than the application number for A Place Like Home ALF, Inc. referred to in its May 14, 2020 declaration filed in the above-reference litigation.

7.  My office initially instructed Treasury to make payment of an EIDL advance grant to Inn Partners LLC, in the amount of $10,000, on May 4, 2020.  However, because the routing number was incorrect on Inn Partners LLC's application, a correct routing number had to be obtained from Bank of America, and my office instructed Treasury to make payment of an EIDL advance grant to Inn Partners LLC, with the correct routing information, again on May 26, 2020.

8.  The processing of these payments was conducted in the normal course of SBA's processing of EIDL advance grants.

9.  My office instructed Treasury to make payment of the 2 millionth EIDL advance grant on April 30, 2020.

10. A search of SBA's disaster loan records indicates that the following six entities have been approved for EIDL loans as of May 26, 2020: Children's Dental Place Of East Boca, Inc; Children's Dental Place Of Wellington, Inc.; Hoskins Construction Inc.; Inn Partners, LLC; Select Crane Sales, LLC; and Sideline Sports Photography LLC.

I declare under penalty of perjury that, to the best of my knowledge and belief, the above statement is true and correct.

Executed this 28th day of May 2020.

TAMI PERRIELLO Digitally signed by TAMI PERRIELLO
Date: 2020.05.28 13:44:37 -04'00'

_____
Tami L. Perriello
Chief Financial Officer
U.S. Small Business Administration

# EXHIBIT 4

3rd Perriello Declaration

## <u>DECLARATION OF TAMI L. PERRIELLO</u>

I, Tami L. Perriello, do hereby declare and state as follows:

1. I am the Chief Financial Officer ("CFO") for the U.S. Small Business Administration ("SBA").  I have held this position since March 29th, 2020.

2. Among my responsibilities as CFO, I am responsible for directing the Bureau of Fiscal Service at the U.S. Department of Treasury ("Treasury") to disburse funds in payment of Economic Injury Disaster Loan ("EIDL") advance grants under the Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, once those requests are verified, approved, and authorized by the appropriate SBA officials.

3. I am aware of litigation pending in the United States District Court for the Middle District of Florida, <u>Widerman Malek P.L. et al. v. Carranza</u>, No. 6:20-cv-00665-RBD-GJK (M.D. Fl.).  I understand that the issues of this case involve requests for, and payment of, EIDL advance grants under the CARES Act.

4. On or about the following dates, my office instructed Treasury to make payment of EIDL advance grants to the following individuals or entities.

| APPLICANT | DATE | GRANT AMOUNT |
|---|---|---|
| DMS Moving Systems of Alabama, Inc | 6/26/2020 | $7,000 |
| Paul J. Blackmore | 6/16/2020 | $1,000 |
| rockin relix international, llc | 6/30/2020 | $1,000 |

5. In the time between when SBA began receiving applications for EIDLs and advance grants and when SBA began processing those applications, SBA determined to pay EIDL advance grants in amounts based upon the number of the applicant's employees, with $1,000 for zero or one employees, and $1,000 per employee, up to $10,000 for ten or more employees.

6. At the time that decision was made, SBA had already received an overwhelming number of applications from multiple times more applicants than could receive a grant if every grant paid was $10,000.

7. As Administrator Carranza testified before the House Small Business Committee on July 17, 2020, the decision to base EIDL advance grant payments on the number of employees was not arbitrary.  The decision was made so that many more small businesses that were applying for the advance would receive the funds.

8. As of the date of this declaration, my office has directed Treasury to disburse all $20 billion appropriated for EIDL advance grants.  A very small amount of those funds—only a fraction of one percent—have been returned to SBA, and SBA is currently in the process of determining the appropriate action to be taken regarding those returned funds.

I declare under penalty of perjury that, to the best of my knowledge and belief, the above statement is true and correct.

Executed this 30th day of July 2020.

TAMI PERRIELLO  Digitally signed by TAMI PERRIELLO
Date: 2020.07.30 13:22:41 -04'00'

Tami L. Perriello
Chief Financial Officer
U.S. Small Business Administration

# EXHIBIT 5

Rivera Declaration

# DECLARATION OF JAMES E. RIVERA

I, James E. Rivera, do hereby declare and state as follows:

1. I am the Associate Administrator for Disaster Assistance for the U.S. Small Business Administration ("SBA"). I have held this position since November 22nd, 2009.

2. Among my responsibilities as Associate Administrator for Disaster Assistance, I am responsible for the oversight and management of SBA's Office of Disaster Assistance, including its administration of the Economic Injury Disaster Loan ("EIDL") program.

3. I am aware of litigation pending in the United States District Court for the Middle District of Florida, <u>Widerman Malek P.L. et al. v. Carranza</u>, No. 6:20-cv-00665-RBD-GJK (M.D. Fl.). I understand that the issues of this case involve requests for, and payment of, EIDL advance grants under the CARES Act.

4. SBA records indicate that, as of Friday, July 24, 2020, the following entities have been approved for, and had an EIDL funded in the following amounts on or about the following dates.

| APPLICANT | LOAN DATE | LOAN AMOUNT |
|---|---|---|
| Hoskins Construction Inc. | 5/17/2020 | $150,000 |
| Beachline Marine, Inc. | 5/6/2020 | $108,500 |
| JMR BUILDERS, INC. | 4/23/2020 | $147,800 |
| The Gathering Table Inc. | 5/27/2020 | $30,000 |
| Land And Sea Surf, LLC | 6/22/2020 | $150,000 |
| Celebration Law P.A. | 5/29/2020 | $37,600 |
| Robert Abraham Davidowitz LLC | 5/26/2020 | $96,000 |
| Cibelli LLC | 7/4/2020 | $48,500 |
| Ubiquitous Designs and Renovations, Inc. | 6/30/2020 | $60,700 |
| TITLE SOLUTIONS OF FLORIDA, LLC | 6/2/2020 | $150,000 |
| Tactical Aesthetics LLC | 6/10/2020 | $25,900 |
| Cascade Financial LLC | 6/3/2020 | $28,500 |
| INTERNATIONAL TITLE AND ESCROW CO, LLC | 6/3/2020 | $150,000 |
| Sideline Sports Photography, LLC | 4/22/2020 | $173,600 |
| Kirk W. Kessel Companies, Inc. | 6/19/2020 | $150,000 |
| DMS Moving Systems of Alabama, Inc | 6/16/2020 | $150,000 |
| rockin relix international, llc | 6/19/2020 | $20,000 |

5. SBA records indicate that, as of Friday, July 24, 2020, the following entities have either accepted EIDL offers or have had the funds obligated and are therefore expected to have the loans funded shortly.

| APPLICANT | LOAN AMOUNT |
| --- | --- |
| Paul J. Blackmore | $10,000 |
| CMJ Contracting / Paul Meissner | $17,900 |

6. SBA records indicate that, as of Friday, July 24, 2020, the following entities, though having applied for an EIDL, when contacted by SBA to process the application, expressed that they were no longer interested in obtaining a loan, thereby terminating the loan process on their own accord:

| APPLICANT | LOAN AMOUNT |
| --- | --- |
| Kate Scott Hair Design | N/A |
| Robert T. Schroth PA | N/A |
| Paradise Heat & Air LLC | N/A |

7. SBA records indicate that, as of Friday, July 24, 2020, the following entities, though having applied for an EIDL, when provided an email from the SBA to proceed with the application (the step that occurs after the initial credit pull occurs), they have failed to take the steps required to proceed with the loan application.  The loan process cannot proceed if the applicant makes no effort to respond to SBA to continue the process.

| APPLICANT | LOAN AMOUNT |
| --- | --- |
| A Place Like Home ALF, Inc. | N/A |
| Dr. Diane M. Walker PA | N/A |
| Jenkins Arah Corporation | N/A |
| Jimmy's Cigar Lounge LLC | N/A |
| Southern Cloud Solutions Corporation | N/A |

8. SBA records indicate that, as of Friday, July 24, 2020, the following entities applied for an EIDL; however, their loan application was ultimately declined.

| APPLICANT | LOAN AMOUNT |
| --- | --- |
| 99 Bottles Hospitality | N/A |
| Mr. & Mrs. Freddie Fix It Inc. | N/A |
| NovaPro, Inc. | N/A |
| T-LIGO USA LLC | N/A |

I declare under penalty of perjury that, to the best of my knowledge and belief, the above statement is true and correct.

Executed this 30th day of July 2020.

JAMES RIVERA
Digitally signed by JAMES RIVERA
Date: 2020.07.30 16:34:51 -04'00'

James E. Rivera
Associate Administrator for Disaster Assistance
U.S. Small Business Administration

# EXHIBIT 6

U.S. SBA Disaster Assistance Update
EIDL Advance, July 15, 2020

# SBA Disaster Assistance Update
# EIDL Advance / COVID-19

| Advances Disbursed | 5,781,390 | Total Dollars | $ 20,000,000,000 |
|---|---|---|---|

| STATE | APPROVED | DOLLARS | STATE | APPROVED | DOLLARS |
|---|---|---|---|---|---|
| Alabama | 72,302 | $ 262,585,000 | Kansas | 31,799 | $ 99,753,000 |
| Alaska | 10,389 | $ 32,751,000 | Kentucky | 43,109 | $ 140,977,000 |
| Arkansas | 35,531 | $ 125,169,000 | Louisiana | 105,600 | $ 386,521,000 |
| Arizona | 93,559 | $ 328,826,000 | Maine | 17,084 | $ 53,195,000 |
| California | 809,792 | $ 2,666,662,000 | Maryland | 95,733 | $ 328,907,000 |
| Colorado | 87,334 | $ 267,687,000 | Massachusetts | 96,643 | $ 311,537,000 |
| Connecticut | 52,259 | $ 166,382,000 | Michigan | 126,939 | $ 484,201,000 |
| Delaware | 14,491 | $ 50,684,000 | Minnesota | 72,623 | $ 251,712,000 |
| Florida | 706,377 | $ 2,053,275,000 | Mississippi | 49,239 | $ 187,642,000 |
| Georgia | 287,584 | $ 1,112,710,000 | Missouri | 72,448 | $ 251,851,000 |
| Hawaii | 28,476 | $ 83,176,000 | Montana | 17,234 | $ 51,221,000 |
| Idaho | 19,893 | $ 60,992,000 | Nebraska | 26,793 | $ 79,231,000 |
| Illinois | 314,582 | $ 1,639,825,000 | Nevada | 62,116 | $ 216,039,000 |
| Indiana | 73,852 | $ 309,240,000 | New Hampshire | 17,534 | $ 58,871,000 |
| Iowa | 30,040 | $ 97,215,000 | New Jersey | 180,450 | $ 578,757,000 |



# SBA Disaster Assistance Update
# EIDL Advance / COVID-19

| Advances Disbursed | 5,781,390 | Total Dollars | $ 20,000,000,000 |
|---|---|---|---|

| STATE | APPROVED | DOLLARS | STATE | APPROVED | DOLLARS |
|---|---|---|---|---|---|
| New Mexico | 21,625 | $ 71,000,000 | Utah | 34,150 | $ 112,587,000 |
| New York | 453,924 | $ 1,335,770,000 | Vermont | 11,425 | $ 35,587,000 |
| North Carolina | 140,568 | $ 469,836,000 | Virginia | 114,577 | $ 381,574,000 |
| North Dakota | 10,702 | $ 33,214,000 | Washington | 96,247 | $ 308,540,000 |
| Ohio | 129,501 | $ 479,911,000 | West Virginia | 12,552 | $ 41,445,000 |
| Oklahoma | 52,002 | $ 161,227,000 | Wisconsin | 67,062 | $ 252,610,000 |
| Oregon | 57,712 | $ 183,403,000 | Wyoming | 9,060 | $ 27,899,000 |
| Pennsylvania | 164,514 | $ 575,458,000 | American Samoa | 204 | $ 1,175,000 |
| Rhode Island | 16,262 | $ 50,062,000 | District of Columbia | 14,524 | $ 57,341,000 |
| South Carolina | 73,846 | $ 253,206,000 | Guam | 1529 | $ 6,308,000 |
| South Dakota | 14,061 | $ 40,952,000 | N. Mariana Islands | 274 | $ 1,337,000 |
| Tennessee | 93,272 | $ 356,592,000 | Puerto Rico | 19,679 | $ 69,844,000 |
| Texas | 518,484 | $ 1,949,021,000 | U.S. Virgin Islands | 1,829 | $ 6,507,000 |



*Figures as of 7/14/20*

# EXHIBIT 7

SBA Press Release No. 20-56
(July 11, 2020)



# About the SBA

| Video: An Introduction to SBA | Jobs at SBA | Contact SBA |
| --- | --- | --- |

SBA.gov » About SBA » SBA Newsroom » Press Releases & Media Advisories » SBA Provided $20 Billion to Small Businesses and Non-Profits Through the Economic Injury Disaster Loan Advance Program

## SBA Provided $20 Billion to Small Businesses and Non-Profits Through the Economic Injury Disaster Loan Advance Program

**Release Date:** Saturday, July 11, 2020
**Release Number:** 20-56
**Contact:** Press_Office@sba.gov, (202) 205-7036

**WASHINGTON**— Today, the U.S. Small Business Administration announced the conclusion and success of the Economic Injury Disaster Loan (EIDL) Advance program, which provided U.S. small businesses, non-profits and agricultural businesses a total of $20 billion in emergency funding.  In order to assist the greatest number of small businesses, the EIDL Advance provided $1,000 per employee up to a maximum of $10,000.  Recipients did not have to be approved for a loan to receive the Advance, and the Advance provided an interim but vital source of funds while applicants awaited a decision on their loan application.

"Following the enactment of COVID-19 emergency legislation, the SBA provided nearly six million small businesses employing 30.5 million people with $20 billion through the unprecedented EIDL Advance program," Administrator Jovita Carranza said.  "This program, built from the ground up in less than two weeks, assisted millions of small businesses, including non-profit organizations, sole proprietors and independent contractors, from a wide array of industries and business sectors."

Having allocated the full $20 billion that was appropriated by Congress, SBA will discontinue making EIDL Advances to new applicants.  By law, the SBA is not permitted to issue new EIDL Advances once all program funding has been obligated.

EIDL loan applications will still be processed even though the Advance is no longer available.   As a reminder, the loan portion of the EIDL program continues to have funds available at very affordable terms, including a 3.75% interest rate for small businesses and 2.75% for non-profit organizations, a 30-year maturity, and an automatic deferment of one year before monthly payments begin.  Every eligible small business and non-profit is encouraged to apply to get the resources they need.

### 

**About the U.S. Small Business Administration**
The U.S. Small Business Administration makes the American dream of business ownership a reality. As the only go-to resource and voice for small businesses backed by the strength of the federal government, the SBA empowers entrepreneurs and small business owners with the resources and support they need to start, grow or expand their businesses, or recover from a declared disaster. It delivers services through an extensive network of SBA field offices and partnerships with public and private organizations. To learn more, visit www.sba.gov.