# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CELEBRATION LAW P.A., et al,**

      Petitioners,

v.                              Case No: 6:20-cv-665-Orl-37GJK

**ADMINISTRATOR OF THE UNITED STATES SMALL BUSINESS ADMINISTRATION,**

      Respondent.

| | |
|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** James Ippoliti, Jeffrey Michael Ippoliti, and Mark F. Warzecha |
| **DEPUTY CLERK:** Bianca Acevedo | |
| **COURT REPORTER:** Amie First  amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** Adam R Smart |
| **SCHEDULED DATE/TIME:** August 13, 2020 at 10:30 AM | |

## MINUTES
### Motion Hearing

Case called; appearance made by counsel.
Court hears argument on the Motion for Preliminary Injunction (Doc. 26).
Court denies the Motion for Preliminary Injunction (Doc. 26).
Order to be entered.
Court is adjourned.

Time in court: 10:37 – 11:12 am; Total time in court: 35 minutes