IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-665-Orl-37GJK

CELEBRATION LAW P.A.,
LAND AND SEA SURF, LLC,
SAFARI TRADING LLC,
DMS MOVING SYSTEMS OF ALABAMA, INC.,
JMR BUILDERS, INC.,
BEACHSIDE MARINE, INC.,
99 BOTTLES HOSPITALITY LLC,
KIRK W. KESSEL COMPANIES, INC.,
PAUL MEISSNER
SOUTHERN CLOUD SOLUTIONS CORPORATION,
CASCADE FINANCIAL LLC,
HOSKINS CONSTRUCTION INC.,
THE GATHERING TABLE INC.,
JIMMY'S CIGAR LOUNGE, LLC,
MR & MRS FREDDIE FIX IT, INC.,
JENKINS ARAH CORPORATION,
PARADISE AIR & HEAT LLC,
A PLACE LIKE HOME ALF, INC.,
ROBERT T. SCHROTH P.A.,
TACTICAL AESTHETICS, PLLC,
T-LIGO USA, LLC,
NOVAPRO, INC.,
UBIQUITOUS DESIGNS & RENOVATIONS, INC.,
ROCKIN' RELIX INTERNATIONAL, LLC,
CIBELLI'S LLC,
PAUL BLACKMORE,
SIDELINE SPORTS PHOTOGRAPHY, LLC,
INTERNATIONAL TITLE AND ESCROW COMPANY, LLC,
TITLE SOLUTIONS OF FLORIDA, LLC,
ROBERT ABRAHAM DAVIDOWITZ, LLC,
DR. DIANE M. WALKER, PA,
KATE BLACKMORE,
        Petitioners,

        vs.

JOVITA CARRANZA, Administrator of the
UNITED STATES SMALL BUSINESS ADMINISTRATION,
        Respondent

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Petitioners, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and moves this Court to dismiss the above entitled action without prejudice and for all other relief just and proper in the premises.

Dated: August 27, 2020.

                                        */s/ James Ippoliti*
                                        JAMES IPPOLITI, Esq.
                                        FL Bar No. 102674
                                        MARK WARZECHA, Esq.
                                        FL Bar No. 095779
                                        JEFF IPPOLITI, Esq.
                                        FL Bar No. 095608
                                        SCOTT WIDERMAN, Esq.
                                        FL Bar No. 585823
                                        jim@uslegalteam.com
                                        mfw@uslegalteam.com
                                        jeff@uslegalteam.com
                                        scott@uslegalteam.com
                                        WIDERMAN MALEK P.L.
                                        Attorneys for Petitioners
                                        1990 W. New Haven Ave., Second Floor
                                        Melbourne, FL 32904
                                        Phone:   321-255-2332

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served by the CM/ECF system on August 27, 2020 on all counsel or parties of record listed below.

ADAM R. SMART
Assistant United States Attorney
USAO No. 195
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: adam.smart@usdoj.gov
Dated: August 27, 2020

*/s/ James Ippoliti*
JAMES IPPOLITI, Esq.
FL Bar No. 102674
MARK WARZECHA, Esq.
FL Bar No. 095779
JEFF IPPOLITI, Esq.
FL Bar No. 095608
SCOTT WIDERMAN, Esq.
FL Bar No. 585823
jim@uslegalteam.com
mfw@uslegalteam.com
jeff@uslegalteam.com
scott@uslegalteam.com
WIDERMAN MALEK P.L.
Attorneys for Petitioners
1990 W. New Haven Ave., Second Floor
Melbourne, FL 32904
Phone:  321-255-2332