UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CELEBRATION LAW P.A., et al,

    Petitioners,

v.                                      Case No:  6:20-cv-665-Orl-37GJK

ADMINISTRATOR OF THE UNITED
STATES SMALL BUSINESS
ADMINISTRATION,

    Respondent.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 43) filed August 27, 2020.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 9, 2020.



ROY B. DALTON JR.
United States District Judge

Copies:      Counsel of Record